FILED _____ ENTERED
_____ LODGED _____ RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

APR 3 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 31, 2000

MEMORANDUM TO COUNSEL RE:   Hayfield, Inc. v.
Williams Communications, Inc., et al.
Civil #L-00-422

Dear Counsel:

I have reviewed the complaint and answer. Because this is an individual commercial/construction dispute, the standard scheduling order may not suffice. Please hold a scheduling conference and, by April 17th, submit a proposed schedule leading to the filing of dispositive motions at the conclusion of discovery. Please pay particular attention to experts and decide whether expert discovery should take place after fact discovery is over. If you want an early settlement conference with a Magistrate Judge, I will arrange one.

Despite the informal nature of this Memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

