

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HAYFIELD, INC.<br><br>Plaintiff<br><br>v.<br><br>WILLIAMS COMMUNICATIONS, INC., et al.<br><br>Defendants | Civil Action No.<br><br>L – 00 – 422 |

## ORDER

Having read and considered the Motion to Allow Matthew H. Kirtland to Appear As Counsel, the Motion to Allow John N. Simpson to Appear Pro Hac Vice, and the Motion for Leave to Withdraw Appearance, it is this 23rd day of May, 2000, ORDERED:

1. That the motions are GRANTED;

2. That Matthew H. Kirtland is granted leave to appear as counsel for Defendants;

3. That John N. Simpson is granted leave to appear *pro hac vice* as counsel for Defendants;

4. That Joseph G. Finnerty, Jr., Kurt J. Fischer, and Piper Marbury Rudnick & Wolfe, LLP are granted leave to withdraw their appearance as counsel for Defendants; and

5. That the Clerk shall mail copies of this Order to all counsel of record.

*[signature]*
_____
Benson Everett Legg
United States District Judge