UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 26  P 5: 50

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

July 26, 2000

MEMORANDUM TO COUNSEL RE: <u>HAYFIELD, INC. v. WILLIAMS COMMUNICATIONS, INC., et al.</u> - CIVIL NO. L-00-422

    I have received Mr. Beach's letter of July 14, 2000, as well as subsequent correspondence from Messrs. Beach and Kirtland. Mr. Beach requests reconsideration of the location for holding Mr. Redding's deposition. Mr. Beach is correct in stating that Mr. Redding is a party, although a minor party who is apparently being indemnified by Williams.

    Nevertheless, I hereby decline to reverse my ruling, and order that Mr. Redding's deposition take place where he works or resides. It is the attorneys, and not Mr. Redding, who desire the deposition. Accordingly, it is only proper that the attorneys travel to a site most convenient for the witness.

    Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court File

