IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 26  P 5: 54

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| HAYFIELD, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-00-422 |
| WILLIAMS COMMUNICATIONS, INC., et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Plaintiff's Motion for Leave to File First Amended Complaint for Damages and Injunctive Relief and any opposition thereto having been read and considered, it is:

ORDERED that Plaintiff's Motion be and the same is hereby granted, and the First Amended Complaint for Damages and Injunctive Relief will be deemed filed as of this date; and it is

FURTHER ORDERED that the Defendant, Williams Communications, Inc., and any other Defendant thereby affected shall file its response thereto within 20 (twe) days of the date of this Order.

_____
United States District Judge

Dated: July 26, 2000

*1289924*

