Received 05/15/2000 1   in 00:50 on line [3] for JS00431Printed05   '00 14:50 * Pg 2/3
05/15/00 MON 14:44 FAX 41u    6948        CRD UNIT                                     ☒002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**HAYFIELD**

       Plaintiff(s)

vs.

**WILLIAMS COMMUNICATIONS, INC.**

       Defendant(s)

Civil Action No. **L-00-422**

FEE PAID

FEE NOT PAID
(SEND LETTER)

ORIGINAL

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **Matthew H. Kirtland** Esquire a member of the Bar of this court, moves the admission of **John M. Simpson** Esquire to appear pro hac vice in the captioned proceeding as counsel for **Defendants Williams Communications, Inc., Michels Pipeline Construction, Inc., Mears/HDD, Inc., and J. C. Redding.**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of **North Carolina and the District of Columbia.**

and/or the following United States Court(s): **Middle and Eastern Districts of North Carolina, Court of Appeals for the Fourth, Fifth and Eleventh Circuits, and for the District of Columbia, and the Court of Federal Claims.**

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court **0** time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: **N/A**

____FILED____  ____ENTERED____
____LODGED____  ____RECEIVED____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

AUG 1 1 2000

Revised 6/1/98
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____                            DEPUTY



Received 05/15/2000 14:46    00:50 on line [3] for JS00431Printed05/15    14:50 * Pg 3/3
05/15/00  MON 14:45 FAX 41096...848           CRD UNIT                                                   ☒003

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Matthew H. Kirtland | John M. Simpson |
| Signature *[signed]* | Signature *[signed John M. Simpson]* |
| Address | Address |
| Fulbright & Jaworski, L.L.P. | Fulbright & Jaworski, L.L.P. |
| 801 Pennsylvania Avenue, N.W. | 801 Pennsylvania Avenue, N.W. |
| Washington, D.C.  20004 | Washington, D.C.  20004 |
| Office phone number | Office phone number |
| 202-662-4659 | 202-662-4539 |
| Fax number | Fax number |
| 202-662-4643 | 202-662-4643 |
| Md. U.S. District Court Number  26089 | |

### ORDER

Motion _____ GRANTED

Motion ___✓___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

5/23/00                                                    *[signed] Legg*
_____                              _____
Dated                                                  Judge, U. S. District Court

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
801 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004-2615

TELEPHONE: 202/662-0200
FACSIMILE: 202/662-4643

WRITER'S INTERNET ADDRESS:
mkirtland@fulbright.com

WRITER'S DIRECT DIAL NUMBER:
202/662-4659

HOUSTON
WASHINGTON, D.C.
AUSTIN
SAN ANTONIO
DALLAS
NEW YORK
LOS ANGELES
MINNEAPOLIS
LONDON
HONG KONG

May 15, 2000

**VIA FEDERAL EXPRESS**

Felecia C. Cannon, Clerk
United States District Court for the District of Maryland
Garmantz Federal Courthouse
101 West Lombard Street
5th Floor, Room 510
Baltimore, Maryland 21202

Re:   **Hayfield, Inc. v. Williams Communications, Inc., et al.**, Civil Action No. L-00-422

Dear Ms. Cannon:

Enclosed for filing please find an original and one copy of Motion for Admission Pro Hac Vice for John M. Simpson and the required $50.00 filing fee. Also enclosed is a copy to be date-stamped and returned to Fulbright & Jaworski L.L.P. in the enclosed pre-addressed, self-stamped envelope.

Please contact me at (202) 662-4659 if you have any questions. Thank you.

Very truly yours,

Matthew H. Kirtland

Enclosures

592250.2