# WHITEFORD, TAYLOR & PRESTON
## L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 752-7092
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-1515
TELEPHONE 410 832-2000
FAX 410 832-2015

50 COLUMBIA CORPORATE CENTER
10440 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044
TELEPHONE 410 884-0700
FAX 410 884-0719

THOMAS C. BEACH, III
DIRECT NUMBER
410 347-8722
tbeach@wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-2651

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 18  A 11: 48

AT BALTIMORE

_____ DEPUTY

October 13, 2000

**VIA HAND DELIVERY**

Honorable Benson E. Legg
U.S. District Court Judge
U.S. District Court for the District
 of Maryland (Northern Division)
101 W. Lombard Street, Room 340
Baltimore, Maryland 21201

    Re:    Hayfield, Inc. v. Williams Communications, Inc., et al.
            Civil Action No. L-00-422

Dear Judge Legg:

    Today I filed the original and two copies of a transmittal letter and Notice of Service/Plaintiff's Motion to Compel (date stamped), Plaintiff's Motion to Compel Responses to Interrogatories, Defendant, Williams Communications, Inc.'s, Opposition thereto and proposed Order thereon. Defendant's Opposition was served on me yesterday at a recess of a deposition of a Williams' witness. That service was timely. The discovery cutoff date for this proceeding is October 16, 2000. I will be out of the office on October 16, 2000 for a medical procedure. I will not have an opportunity to discuss the above motion and opposition with Defendant's counsel on or before October 16, 2000. Therefore, I would appreciate it if you would permit an extension of one week for filing the Certificate required by Local Rule 104.7.

    Plaintiff is pursuing its motion only with regard to Interrogatory Nos. 2, 3, 5, 7, 9, 10, 11, 12, 13, 14, 17, 19, 20 and 21. Thank you.

Approved Benson Legg
  10/05
  10/18/00

Sincerely,

Thomas C. Beach, III

TCB:lad

Honorable Benson E. Legg
September 20, 2000
Page 2


cc:     Matthew Kirtland, Esquire (via fax 202-662-4643 and first-class mail)