# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
801 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004-2615

TELEPHONE: 202/662-0200
FACSIMILE: 202/662-4643

WRITER'S INTERNET ADDRESS:
mkirtland@fulbright.com

WRITER'S DIRECT DIAL NUMBER:
202/662-4659

HOUSTON
WASHINGTON, D.C.
AUSTIN
SAN ANTONIO
DALLAS
NEW YORK
LOS ANGELES
MINNEAPOLIS
LONDON
HONG KONG

January 12, 2001

**VIA U.S. MAIL**

Honorable Judge Benson Everett Legg
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   **Hayfield, Inc. v. Williams Communications, et al., Civil No. L-00-422**

Dear Judge Legg:

## AGREED MOTION TO AMEND SCHEDULING ORDER

Due to scheduling conflicts for the depositions of expert witnesses and impending calendar conflicts for counsel for both Defendants and Plaintiff, Defendants and Plaintiff respectfully request a sixty (60) day extension of all remaining deadlines in the Court's April 20, 2000 Scheduling Order. There is no trial date currently set for this matter and the requested extension would cause no prejudice. A sixty (60) day extension would create the following deadlines:

| | |
|---|---|
| **Completion of all depositions of experts** | March 19, 2001 |
| **Submission of status report to Court** | March 26, 2001 |
| **Requests for admissions** | February 11, 2001 |
| **Dispositive pretrial motions** | May 14, 2001 |

If the Court wishes, counsel for Defendants and Plaintiff are available to discuss this request via telephone or in person.

*Approved, but the dates will not be moved. B Legg 1/19/01*

621516.1

1/21/01

January 12, 2001
Page 2

                                              Very truly yours,

                                              Matthew H. Kirtland
                                              Counsel for Defendants

cc:    Thomas C. Beach, III, Counsel for Plaintiff (via facsimile and U.S. mail)

621516.1