210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

30 COLUMBIA CORPORATE CENTER
10440 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044
TELEPHONE 410 884-0700
FAX 410 884-0719

THOMAS C. BEACH, III
DIRECT NUMBER
410 347-8722
tbeach@wtplaw.com

# WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 752-7092
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

4317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

April 3, 2001

**VIA HAND DELIVERY**

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    **Hayfield, Inc. v. Williams Communications, Inc., et al.**
              **Civil No.: L-00-422**

Dear Judge Legg:

      This letter is intended to amend and supplement my status letter to you dated March 26, 2001.

      In paragraph 2, I earlier indicated that the Plaintiff will not file a dispositive pretrial motion. Please amend that statement to indicate that the Plaintiff will indeed file a dispositive pretrial motion. In that regard, I have spoken with Mr. Kirtland, attorney for the Defendants and we have agreed, pursuant to Local Rule 105 2.c. to a briefing schedule. As indicated in the Amended Pretrial Scheduling Order, motions for summary judgment are due by May 14, 2001. Accordingly, that will be the beginning date for the briefing sequence as follows:

      May 14, 2001 – Defendants' motion for summary judgment to be filed

      May 31, 2001 (14 plus 3 days) – Plaintiff's opposition thereto/Plaintiff's motion for summary judgment to be filed

      June 18, 2001 (14 plus 3 days) – Defendants' opposition/reply memorandum to be filed

The Honorable Benson E. Legg
April 3, 2001
Page 2

✓   July 3, 2001 (date extended through Judicial Conference weekend) – Plaintiff's reply memorandum to be filed

Further, my client, Hayfield, Inc. has authorized me to inform you that the matter may be referred to a Magistrate Judge of this Court to conduct the proceedings, pursuant to 28 U.S.C. §636(c).

Thank you for your consideration of these matters.

Sincerely,

Thomas C. Beach, III

TCB/usm

cc:   Matthew H. Kirtland, Esquire
      John Simpson, Esquire

1342517

✓ Briefing schedule ending 7/3/2001
Approved.
B. Legg
MDJ
4/4/01