IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HAYFIELD, INC. | : |
| v. | : CIVIL NO. L-00-422 |
| WILLIAMS COMMUNICATIONS, INC., et al. | : |

## ORDER

Plaintiff's and Defendants' Motions for Summary Judgment are now pending. The Court has reviewed the papers submitted by both parties and determined that the case involves disputed issues of material fact including:

(i)   whether a Settlement Agreement was reached on September 24, 1999; and

(ii)  the breadth of the rights afforded Defendants under the June 1999 Condemnation Settlement.

Accordingly, the Court hereby DENIES Plaintiff's and Defendants' Motions for Summary Judgment.

On February 13, 2002, at 5:00 p.m., the Court will hold a telephone conference to establish a trial schedule. Plaintiff's counsel is directed to initiate the call.

It is so ORDERED this 28TH day of January, 2002.

Benson Everett Legg
United States District Judge