

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HAYFIELD, INC. <br><br> Plaintiff <br><br> v. <br><br> WILLIAMS COMMUNICATIONS, INC., et al. <br><br> Defendants | Civil Action No. <br><br> L – 00 – 422 |

## ORDER

Having read and considered the Motion for Leave to Withdraw Appearance, it is this 25TH day of February, 2002, ORDERED:

1. That Quincy M. Crawford, Michelle J. Dickinson, and Piper Marbury Rudnick & Wolfe LLP are granted leave to withdraw their appearance as counsel for Defendants; and

2. That the Clerk shall mail copies of this Order to all counsel of record.

_____
Benson Everett Legg
United States District Judge