IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HAYFIELD, INC.** : | |
| : | |
| v. : | **CIVIL NO. L-00-422** |
| : | |
| **WILLIAMS COMMUNICATIONS,** : | |
| **INC., et al.** : | |

### ORDER

On February 26, 2002, the Court held a telephone conference regarding scheduling. Pursuant to the conference, the trial will be held on August 7-8, 2002, and will resume on August 12-15, as necessary. The Court will hold an in-court pretrial conference on July 17, 2002, at 10:00 a.m. The pretrial order is due on July 10, 2002.

It is so ORDERED this 28TH day of February, 2002.

_____
Benson Everett Legg
United States District Judge

