IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HAYFIELD, INC.          :
                        :
v.                      :   CIVIL NO. L-00-422
                        :
WILLIAMS COMMUNICATIONS,:
INC., et al.            :

### ORDER

On July 17, 2002, the Court held a pretrial conference. As stated at the conference, the trial schedule has been altered. Trial will now begin on August 7th, continue on August 8th and 12th, and conclude on September 4th, 5th, and 9th. Trial will begin each day at 9:00 a.m.

Additionally, the Court made the following rulings:

(i)   Defendants shall provide the original documents requested by Plaintiff via messenger service. Plaintiff shall return the documents within two days;

(ii)  Plaintiff's request that the Court strike Defendants' counter-designated deposition excerpts is denied as moot; and

(iii) Defendants shall file their Motion in Limine by July 22nd. Plaintiff shall file a *pro forma* objection prior to trial. The Court will address Defendants' Motion at the end of the trial in the context of a motion to strike.

It is so ORDERED this 17TH day of July, 2002.

_____
Benson Everett Legg
United States District Judge